UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| MICHAEL MUMLEY,            :<br>    Plaintiff            :<br>                            :<br>v.                          :<br>                            :<br>ROBERT HOFMANN,             :<br>STUART GLADDING, TIM SIMONEAU, :<br>TODD BLANCHARD, VERMONT     :<br>DEPARTMENT OF CORRECTIONS   :<br>EMPLOYEES, COGNITIVE SELF   :<br>CHANGE FACILITATORS,        :<br>    Defendants            :  | File No. 1:06-CV-137 |

## ORDER

The Magistrate Judge's Report and Recommendation was filed March 22, 2007 (Paper 48). After de novo review and over objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1). Plaintiff's motions for summary judgment (Papers 19 and 27) are DENIED.

This matter is returned to Magistrate Judge Niedermeier for further proceedings.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 5th day of April, 2007.

/s/ J. Garvan Murtha
J. Garvan Murtha
United States District Judge