UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| MARK B. MUMLEY,<br>    Plaintiff | : <br> : <br> : |
| v. | :   File No. 1:06-CV-137 <br> : |
| ROBERT HOFMANN,<br>STUART GLADDING, TIM SIMONEAU,<br>TODD BLANCHARD, VERMONT<br>DEPARTMENT OF CORRECTIONS<br>EMPLOYEES, COGNITIVE SELF<br>CHANGE FACILITATORS,<br>CHRISTIAN CORRIVEAU and<br>CLINT GLOVER,<br>    Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## ORDER

The Magistrate Judge's Report and Recommendation was filed February 18, 2009. (Paper 134.) After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1).

The defendants' motion to dismiss (Paper 119) is GRANTED. Plaintiff's motion for protective order (Paper 120) is DENIED. This case is DISMISSED with prejudice.

It is further certified that any appeal taken in forma pauperis from this Order would not be taken in good faith because such an appeal would be frivolous. See 28 U.S.C. § 1915(a)(3).

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 17th day of March, 2009.

/s/ J. Garvan Murtha
Honorable J. Garvan Murtha
United States District Judge